# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 582 WAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JEREMY ALLEN COOL, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.